# PROCEEDINGS OF SUPREME COURT

## GENERAL DOCKET

Burke v. Sander ..................... 19178
D. T. & I. Ry. Co. v. Bd. of Commis-
ioners ............................ 19568
Solt et v. Pub. Util. Comm. .......... 19504
State ex v. Crabbe ................. 19245
State ex v. Crabbe ................. 19246
State ex v. Gray et ............... 19335
Zipf v. Daigarn ................... 19340
Tracy v. Deer Park (Village) ......... 19161

## MOTION DOCKET

Buchanan v. Twinem ................ 19587
Costine v. Kennon .................. 19558
D. T. & I. Ry. Co. v. Bd. of Commis-
sioners .......................... 19568
Edwards v. Parker ................. 19515
Geisbuhler v. Claus ............... 19593
Layman et v. Claus et ............. 19594
Luthi Bros. v. Ward ............... 19555
Miller v. Adelstein et ............. 19580
Second Nat. Bk. v. Denham et........ 19543
Simonds v. Lake View Park Co. et...... 19562
Swartz v. State ................... 19503
Szymanski v. Davis ................ 19551
United States v. State ex........... 19534

## PROCEEDINGS
## OHIO SUPREME COURT
### TUESDAY, MARCH 9, 1926
#### GENERAL DOCKET

19161—Joseph T. Tracy, Auditor v. The Village of Deer Park, etc.; error to the Court of Appeals of Hamilton county. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock 5-21-25; 3 Abs. 341; OS. Pend. 3 Abs. 405; OA. 3 Abs. 325.

19178—Sadie Burke v. Delbert M. Bader; error to the Court of Appeals of Cuyahoga county. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-29-25; 3 Abs. 359; OS. Pend. 3 Abs. 485.

19245—State, ex rel. Thor Haavind, as Rec'r. v. Chas. C. Crabbe, Attorney General. In Mandamus. Writ denied. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-8-25; 3 Abs. 435; OS. 4 Abs. 600.

19246—State, ex rel. Herbert Burgess, as Liquidator, v. Charles C. Crabbe, Attorney General. In Mandamus. Writ denied. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-8-25; 3 Abs. 435. OS. 4 Abs. 000.

19335—State, ex rel. Joseph Mayers, v. Stanley C. Gray et al. In Mandamus. Demurrer sustained. Marshall, CJ., Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-25-25; 3 Abs. 546; OS. Pend. 3 Abs. 661.

19340—Edward P. Zipf v. Mary E. Daigarn; error to the Court of Appeals of Franklin county. Judgment affirmed. Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-25-25; 3 Abs. 546; OS. Pend. 3 Abs. 706.

19504—Wilbur R. Solt et al v. Public Utilities Commission; error to the Public Utilities

Commission. Order affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 12-22-25; 4 Abs. 24.

19568—D. T. & I. Ry. Co. v. Board of County Commissioners; error to the Court of Appeals of Putnam county. Motion to dismiss sustained. Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 1-15-25; 4 Abs. 56; OS. Pend. 4 Abs. 145.

#### MOTION DOCKET

19503—James Swartz v. State of Ohio. Motion for Licking Appeals to certify. Overruled. Dock. 12-20-25; 4 Abs. 24.

19515—Walter A. Edwards v. William E. Parker, Jr. Motion for Hamilton Appeals to certify. Overruled. Dock. 12-28-25; 4 Abs. 24.

19534—United States of America v. State of Ohio, ex rel. John G. Price. Motion for Franklin Appeals to certify. Overruled. Dock. 1-5-26; 4 Abs. 40.

19534—United States of America v. State of Ohio, ex rel. John G. Price, Atty. Gen. Motion by defendant to dismiss petition in error as of right. Sustained. Dock. 1-5-26; 4 Abs. 40.

19543—Second National Bank of St. Clairsville, Ohio, v. Joseph H. Denham et al. Motion for Belmont Appeals to certify. Overruled. Dock. 1-9-26; 4 Abs. 40. OS. Pend. 4 Abs. 116.

19551—Joseph A. Szymanski v. James C. Davis. Motion for Belmont Appeals to certify. Overruled. Dock. 1-9-26; 4 Abs. 56. OS. Pend. 4 Abs. 98.

19555—Luthi Brothers v. Stewart & Ward. Motion for Belmont Appeals to certify. Overruled. Dock. 1-11-26; 4 Abs. 56; OS. Pend. 4 Abs. 146.

19558—John E. Costine, Admr. v. Newell K. Kennon. Motion for Belmont Appeals to certify. Allowed. Dock. 1-11-26; 4 Abs. 56.

19562—Frank W. Simonds v. Lake View Park Co., et al. Motion for Hancock Appeals to certify. Overruled. Dock. 1-12-26; 4 Abs. 56.

19568—D. T. & I. Ry. Co. v. Board of County Commissioners of Putnam county et al. Motion for Putnam Appeals to certify. Overruled. Dock. 1-15-26; 4 Abs. 56; OS. Pend. 4 Abs. 145.

19568—D. T. & I. Ry. Co. v. Board of County Commissioners of Putnam county et al. Motion to dismiss petition in error as of right. Sustained. Dock. 1-15-26; 4 Abs. 56; OS. Pend. 4 Abs. 145.

19580—Ruth Miller v. Charles Adelstein et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 1-18-26; 4 Abs. 72.

19587—Charles S. Buchanan, Jr. v. Charles A. Twinem. Motion for Monroe Appeals to certify. Overruled. Dock. 1-21-26; 4 Abs. 72.

19593—Alexander Geisbuhler v. Frank H. Claus. Motion by Alexander Geisbuhler for Wood Appeals to certify. Overruled. Dock. 1-22-26; 4 Abs. 88.

19593—Alexander Geisbuhler v. Frank H. Claus. Cross-motion of Arthur Geisbuhler for Wood Appeals to certify. Overruled. Dock. 1-22-26; 4 Abs. 88.

19594—George Adam Layman et al v. Frank H. Claus et al. Motion for Wood Appeals to certify. Overruled. Dock. 1-23-26; 4 Abs. 88.